**Order entered August 5, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00573-CV

### ROBERT E. MARZETT, Appellant

### V.

### STEVE MCCRAW, JAMES SHOEMAKER, WARREN MIKE YARBOROUGH, GREG WILLIS, COLLIN COUNTY AND TERRY BOX, Appellees

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-03962-2013**

## ORDER

Appellant Robert E. Marzett's July 31, 2015 motion for extension of time to file motion for rehearing en banc is **GRANTED**, and appellant's motion for rehearing en banc is due no later than August 31, 2015.

/s/    MOLLY FRANCIS
        JUSTICE